ACCEPTED
03-15-00339-CV
7639523
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 1:30:32 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00339-CV

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 1:30:32 PM
JEFFREY D. KYLE
Clerk

BEN MELTON,

APPELLANT,

v.

CU MEMEBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A., FIRST WESTERN TITLE CO., AND BOB MIMS,

APPELLEES.

Appeal from the 340th Judicial District Court
Tom Green County, Texas
Trial Court Case No. C130102
Hon. Jay Weatherby, presiding

MOTION FOR EXTENSION OF TIME TO FILE APPELLEES BRIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellees CU Members Mortgage, a division of Colonial Savings, F.A. ("Colonial") and First Western Title Co. ("First Western") or collectively ("Appellees"), respectfully move the Court to extend the time for filing Appellees' Brief by 30 days, such that

the deadline to file same is December 9, 2015. Appellant Ben Melton is unopposed the requested extension.

1.     The clerk's record was filed on August 10, 2015, and the supplemental record was filed on August 18, 2015.

2.     The reporter's record was filed on July 14, 2015.

3.     Appellant's Brief was filed on October 9, 2015.

2.     Pursuant to Texas Rules of Appellate Procedure 4.1(a) and 38.6(b), Appellees' Brief is currently due on November 8, 2015.

3.     Appellees request a 30-day extension of the time in which to file their Brief, such that the deadline for filing same would be moved to and including December 8, 2015.

4.     In support of the requested extension, Appellees would show that Mark D. Cronenwett, counsel for Appellees responsible for preparing Appellees' Brief, has been  busy on other cases, which has cut into the briefing period and impeded Appellees' ability to prepare its Brief by the deadline.

5.     No previous extensions of time for filing Appellees' Brief has been sought by or granted to Appellees in this appeal.  Appellees seek this extension not for the purpose of delay, but so that justice may be done.

**PRAYER**

WHEREFORE, Appellees pray that this Court grant this Motion and extend the time for filing Appellees' Brief by 30 days, such that the deadline is reset to December 8, 2015. Appellees further pray for such other and further relief to which they may be justly entitled, at law or in equity.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR APPELLEES**
**CU Members Mortgage, a division of**
**Colonial Savings, F.A. and First**
**Western Title Co.**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that he conferred with counsel for Appellant regarding the merits of the foregoing Motion and Appellant is not opposed.

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2015, a true and correct copy of the foregoing was served via the state electronic filing service to the counsel of record listed below:

James C. Mosser
Mosser Law PLLC
2805 Dallas Parkway, Suite 222
Plano, Texas  75093
courtdocuments@mosserlaw.com

Larry W. Bale
Hay, Wittenburg, Davis, Caldwell & Bale, LLP
P O Box 271
San Angelo, Texas  76902-0271
lwb@hwdcb.com

Gregory Sherwood
P O Box 200613
Austin, Texas  78720-0613
gsherwood@mail.com

/s/ Mark D. Cronenwett
**MARK D. CRONENWETT**